# CONCURRING OPINION

No. 04-11-00193-CV

**THE LYND COMPANY**,
Appellant

v.

**RSUI INDEMNITY COMPANY**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-20466
Honorable Karen H. Pozza, Judge Presiding

## CONCURRING OPINION TO DENIAL OF APPELLEE'S MOTION FOR EN BANC RECONSIDERATION

Sitting en banc:  Catherine Stone, Chief Justice
       Karen Angelini, Justice
       Sandee Bryan Marion, Justice
       Phylis J. Speedlin, Justice
       Rebecca Simmons, Justice
       Steven C. Hilbig, Justice
       Marialyn Barnard, Justice

Concurring opinion by: Marialyn Barnard, Justice
Dissenting opinion by: Rebecca Simmons, Justice, joined by Phylis J. Speedlin, Justice and
        Steven C. Hilbig, Justice

Delivered and Filed: December 28, 2012

I vote to deny appellee's motion for en banc reconsideration. However, I believe the dissent's analysis has substantial merit. Therefore, I respectfully invite the Texas Supreme Court to review this court's opinions and resolve this important question affecting Texas jurisprudence.

           Marialyn Barnard, Justice